NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**KATHRYN KING,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent,*

AND

**DIANA M. KING,**
*Intervenor.*

---

2012-3061

---

Petition for review of the Merit Systems Protection Board in case no. DE831M090077-B-1.

---

## ON MOTION

---

## ORDER

Diana M. King moves without opposition for leave to intervene out of time.

King was a named party below. Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, King may seek

intervention in this court. This court also has authority to accept an untimely motion to intervene. *See generally Krupp Intern, Inc. v. U.S. Int'l Trade Comm'n*, 644 F.2d 869 (C.C.P.A. 1981).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

APR 3 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Matthew J. Dowd, Esq.
Nicholas Jabbour, Esq.
Diana M. King

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2012

JAN HORBALY
CLERK